IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TONYA KELLUM,

    Plaintiff,

v.                                          CASE NO. 1:06-cv-00190-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that the ALJ properly found that Claimaint's allegations of pain in her feet due to swelling caused by diabetes were not credible because she continued to be non-compliant with her medication and the medical record supported a finding that her impairment would not be limiting if she managed her diabetes appropriately. The ALJ correctly assessed that her diabetes could be controlled by her compliance with insulin, and that there were no other limiting factors established by the record. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this  9th  day of September, 2008

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge